THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST HOLLY, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered October 4, 1960, convicting him, after a jury trial, of grand larceny in the second degree, and sentencing him to serve a term of 2½ to 5 years. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES PANARELLA, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY TUZIO, Appellant.— Appeal by defendants Panarella and Tuzio from judgments of the County Court, Kings County, rendered January 6, 1960, convicting them, after a jury trial, of attempted extortion and of coercion (Penal Law, § 850, § 530), and sentencing them, respectively, as second felony offenders, as follows: (a) Panarella, to serve a term of 3¾ years to 5 years on the attempted extortion count, with execution suspended, and to serve an indefinite term in the New York City Penitentiary on the coercion count; (b) Tuzio, to serve a term of 3¾ years to 4 years on the attempted extortion count, and suspending sentence on the coercion count. Judgments affirmed. While we do not condone the conduct of the prosecuting Assistant District Attorney in his summation and in his gratuitous statements during the trial with respect to his own policies and virtues, nevertheless we feel that such transgressions may be disregarded pursuant to section 542 of the Code of Criminal Procedure. (See *People* v. *Filocomo*, 13 A D 2d 840.) Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.